# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4664

_____

EVA M. RIQUELME,

Appellant,

v.

REEMPLOYMENT ASSISTANCE
APPEALS COMMISSION and
MIAMI LAKES AM, LLC,

Appellees.

_____

On appeal from Reemployment Assistance Appeals Commission.
Frank E. Brown, Chairman.

August 31, 2018

PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and ROWE and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Eva M. Riquelme, pro se, Appellant.

Norman A. Blessing, General Counsel, Katie E. Sabo and Cristina A. Velez, Assistant General Counsels, Reemployment Assistance Appeals Commission, Tallahassee, for Appellee Reemployment Assistance Appeals Commission.